FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2014

No. 04-13-00614-CV

Kathryne **VAUSE**,
Appellant

v.

**LIBERTY INSURANCE CORPORATION** and Justin A. Smith,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 07-2231-CV
William Old, Judge Presiding

# O R D E R

Appellant's brief was due to be filed on December 12, 2013. This court granted Appellant's first motion for extension of time to file the brief until January 13, 2014. On January 10, 2014, Appellant filed an unopposed second motion for extension of time to file the brief until January 24, 2014, for a total extension of forty-three days.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court by January 24, 2014. *See* Tex. R. App. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court